IN THE UNITED STATES DISTRICT COURT
CENTRAL
~~SOUTHERN~~ DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

FEB 14 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

\*          \*          \*          \*

THOMAS EDWARD CLUTTS,    \*
JR.                             \* Case Action No.:
                                \*
        v.                      \*    **2:24-cv-01291-UA**
                                \*
FEDERAL BUREAU OF        \*
PRISONS                         \* JURY DEMAND

COMPLAINT

COMES NOW, your Plaintiff, Thomas Edward Clutts, Jr. ("Clutts") and represents unto this Court as follows:

01. That this Court has jurisdiction in the above-styled cause as all events giving rise to this cause did occur in this Court's jurisdiction.

02. That Clutts was in the custody of the Federal Bureau of Prisons ("BOP") on 02/23/2022 at FCI Victorville.

03. That Clutts makes this filing to protect his rights as he only has two (2) years to file a civil complaint pursuant to the statute of limitations.

04. That Clutts reserves the right to amend this Complaint after 06/01/2024 when he will have assistance from another party, who can type his amended Complaint and when Clutts will have access to thousands of pages of medical

Page 01 of 03

records.

05. That while in BOP custody, Clutts sustained permanent injuries to his right arm that have rendered his right arm useless.

06. That Clutts' injuries are a result of the negligence of the BOP because if the BOP would have taken action when Clutts requested medical care, the permanent injury would not have occurred.

07. That Clutts — while housed in the Special Housing Unit ("SHU") — requested immediate medical treatment for more than five (5) days before he was even evaluated by a medical staff member; even though his right arm was "the size of a football."

08. That once Clutts was finally examined he was rushed to an emergency room for what he was told would be an "emergency surgery to amputate his arm."

09. That doctors were able to save Clutts' arm but the damage, resulting from his injuries, has left his right arm useless.

10. That today Clutts refers to his right arm as a "club" because he has no motor use with his arm.

11. That Clutts has made his initial allegations known to the Court and requests this Court allow him to amend this Complaint after 06/01/2024 when he has access to his

volumonous medical records and access to someone who can type for him.

WHEREFORE, your Plaintiff prays unto this Court as follows:

a. That this Court or Jury order the BOP to pay Clutts $7,500,000.00 in punitive, compensatory, general and special damages.

b. That this Court allow Clutts to amend this Complaint on or after 06/01/2024 once Clutts has access to medical records.

c. That this Court note that Clutts demands a trial by jury.

d. For further or general relief this Court may deem just or proper.

Respectfully submitted, February 06, 2024

By: _____

Thomas E. Clutts, Jr.
Pro se
Fed. Reg. No. 66193-112
FCI Butner II
P.O. Box 1500
Butner, NC 27509-4500

Page 03 of 03

Case 2:24-cv-01291-SPG-AJR  Document 1  Filed 02/14/24  Page 4 of 5  Page ID #:4



Clutts, Thomas E. 66193-112
Name:                    Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

Legal Mail

RALEIGH ... NC 275
Research Triangle Region
9 FEB 2024 PM 6

United States Courthouse
Clerk of the Court
312 North Spring St., Room G-8
Los Angeles, CA 90012-4701

90012-209578



FEDERAL CORRECTIONAL INST.
P.O. BOX 15
BUTNER, NORTH              NA 27509

DATE: _____

"SPECIAL LEGAL MAIL"

The enclosed letter was processed through **special mailing**
procedures for forwarding to you. The letter has **been**
neither opened or inspected. If the writer raises **a question**
or problem over which this facility has jurisdiction, **you**
may wish to return the material for further information
or clarification. If the writer enclosed correspondence for
forwarding to another addressee, please return the enclosed
to the above address.