FILED
CLERK, U.S ⬜ ⬜ T COURT

MAY 2 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

THOMAS EDWARD CLUTTS, JR.
　　Plaintiff,

v.

FEDERAL BUREAU OF PRISONS
　　Defendant.

§
§
§
§
§
§

**Cause Action Number:**

**2:2024cv01291** -SPG(AJRx)

---

### DECLARATION BY THOMAS EDWARD CLUTTS, JR.

---

I, **THOMAS EDWARD CLUTTS, JR.**, enter this Declaration into the record under the penalty of perjury. All statements in this Declaration are true and correct to the best of my knowledge and belief.

I am requesting this Honorable Court grant my Petition for Proceed in Forma Pauperis because I do not have the ability to prepay the costs associated with filing this action.

I am currently in federal prison. I am housed at Federal Correctional Institution Butner II. I have gone to my Unit Team to request my six-month deposit history. I cannot make any prison officials do their job. My Unit Team refuses to provide me any information regarding my inmate trust account.

As the record will reveal, the standing rule at FCI Butner II is that no staff member will sign or authenticate any document. The Warden has issued directives that state that any document needing a signature will require an order of the Court requesting the information. I am providing this Honorable Court with information that will confirm the process for which this Honorable Court must go through in order to obtain a copy of my inmate trust fund account information.

In *Randy Dewayne Pittman v. Federal Bureau of Prison, et al.* this Honorable Court may refer to Dkt. 7. In this document, this Honorable Court may see exactly what the District Court for the Eastern District of North Carolina had to do in order to obtain the requested information (See Exhibit "A").

In the aforementioned case, Mr. Pittman attempted to obtain the same information I've attempted to obtain. The Warden's defiance requires inmates to go so far out of their way because the Warden wants to interfere with the Administrative Remedy Program. Because prison officials at FCI Butner II require to provide inmates the requested information, the District Court was forced to enter an order requiring the Warden's compliance.

I am asking this Honorable Court to enter an order directing the Warden to provide the information being requested in this case. I cannot do anything more. I trust this Honorable Court will issue an order directing the Warden at FCI Butner II to provide the information being sought by this Honorable Court so that I can proceed with this case.

Respectfully submitted, this the 05th day of May in the year of the Lord 2024.

By: _____
Thomas Edward Clutts, Jr.
Fed. Reg. No.: 66193-112
FCI Butner II
Post Office Box 1500
Butner, NC  27509-4500

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CT-3279-BO

RANDY DEWAYNE PITTMAN  #49695-177, )
)
        Plaintiff,              )
)
    v.                      )          ORDER
)
FEDERAL BUREAU OF PRISONS, ET AL.,  )
)
        Defendants.         )

The court has received the civil rights complaint in the above-captioned action. In accordance with 28 U.S.C. §1915(a)(2), plaintiff is required to provide the court with a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint. **Notwithstanding, the Clerk's Office shall notify a designated prison official of the requirement and that official shall provide the trust fund account statement within twenty-one (21) days of the date of this order. Plaintiff should take no further action on this request unless notified by the court.**

Furthermore, federal law requires a prisoner bringing a civil action to pay the full filing fee of $350.00. 28 U.S.C. § 1915(b)(1). Upon receipt of the trust fund statement, the court will assess plaintiff's ability to pay the entire amount in one payment. If the court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the court will assess an **initial** partial filing fee Thereafter, plaintiff will be required to make monthly payments of 20 percent of the deposits made to the trust fund during the preceding month, provided the amount in the trust fund account exceeds $10.00. **Payments will continue until the entire $350.00 fee has been paid in full. In cases with more than one plaintiff, each plaintiff will be assessed the $350.00 filing fee.**

SO ORDERED, this 16th day of October, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge

**Plaintiff Exhibit
"A"**

Thomas Edward Clutts, Jr.
Fed. Reg. No.: 66193-112
FCI Butner II
P.O. Box 1500
Butner, NC  27509-4500

LOS ANGELES CA  900
22 MAY 2024  PM 8  L

RECEIVED
CLERK, U.S. D
MAY 2 4 2024
CENTRAL DISTRICT OF C
BY



First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

90012-456586