UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 9 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

THOMAS EDWARD CLUTTS Jr,
              Plaintiff

v.                                    Case No. 2:24-CV-01291-SPG-AJR

FEDERAL BUREAU OF PRISONS

Response to Magistrate's order for Doc. 27

Plaintiff, Thomas Clutts Jr., is filing this in response to the Magistrate's order, entered on August 12, 2024, doc 27. Plaintiff was preparing an amended complaint, brief, summons, etc. in response to the Magistrate's order, so that the format of his pleading were consistent with what this Court is accustomed to. However, before completion, the institution Plaintiff is housed out began a prolonged lock-down, beginning on

(1)

September 6, 2024. Within a day or two of coming off of this lock-down, Plaintiff will submit all these motions and attending documents

Per doc. 27, Plaintiff is:

1) Adding the United States of America as a Party defendant, as Plaintiff is suing Nurses Pena, Johnston, and Fields, and Doctor Gulani in their Professional capacity.

2) Adding Nurses Pena, Johnston, and Fields, and Doctor Gulani as Party defendants. They are being sued in their personal and professional capacities.

3) Deleting Victorville Warden as well as the Federal Bureau of Prisons, as party defendants.

(2)

The Plaintiff declares (or states, verifies, or certifies) that the foregoing is true and correct under the penalty of perjury.

Submitted: September 9, 2024

Thomas Clutts Jr.
Thomas Clutts Jr.
# 66193-112
FCI Butner Medium 2
PO Box 1500
Butner, NC 27509

CERTIFICATE OF SERVICE

Plaintiff has not recieved a notice of appearance for opposing counsel. This document will be made available via CM/ECF.

Thomas Clutts Jr
Thomas Clutts Jr

(3)

# DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today, September 9, 2024, I am depositing the "Response to Magistrate's Order for Doc. 27" in this case in the institutions internal mail system. First-class postage is being prepaid by me.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Thomas Clutts Jr.

September 9, 2024 signed on

Case 2:24-cv-01291-SPG-AJR   Document 29   Filed 09/19/24   Page 5 of 6   Page ID #:148

Thomas Clutts Jr. 66193-112

Name:                    Number:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
12 SEP 2024   PM 2  L

*Thinking*

SEP 19 2024

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

United States District Court
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, California 90012

90012-333432