**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.    2:24-cv-01291-SPG-AJR                    Date:  September 25, 2024
                                                                            Page 1 of 3

Title:    Thomas Edward Clutts Jr. v. Federal Bureau of Prisons

DOCKET ENTRY:  **ORDER RE PLAINTIFF'S RESPONSE SEEKING TO AMEND THE FAC (DKT. 29)**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

 Claudia Garcia-Marquez                     None                     None
    Deputy Clerk              Court Reporter/Recorder          Tape No.

 ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                              None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On February 14, 2024, Plaintiff Thomas Edward Clutts, Jr. ("Plaintiff"), a federal prisoner incarcerated at the Federal Correctional Institution located in Butner, North Carolina ("FCI-Butner"), proceeding *pro se*, filed this action against the Federal Bureau of Prisons ("BOP").  (Dkt. 1 the "Complaint.")  On July 5, 2024, the Court issued an order dismissing Plaintiff's Complaint with leave to amend.  (Dkt. 16.)  On July 25, 2024, Plaintiff filed a "Motion for Leave to Amend Complaint," which the Court construed as a First Amended Complaint (the "FAC").  (See Dkts. 21-22.)  The FAC names the Warden of FCI Victorville, as well as numerous unnamed correctional officers.  (Dkt. 21.)  The Court reviewed the FAC and deemed it appropriate for service on the Warden as an individual, with regard to Plaintiff's constitutional civil rights claim under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 (1971).  On August 9, 2024 the Court issued a Summons and Order Directing Service of Plaintiff's FAC by the U.S. Marshals Service.  (Dkts. 24-26.)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.        2:24-cv-01291-SPG-AJR                    Date:  September 25, 2024
                                                        Page 2 of 3

Title:          Thomas Edward Clutts Jr. v. Federal Bureau of Prisons

---

With regard to Plaintiff's Bivens claim against the Warden and unnamed Doe correctional officers, the Court issued an order on August 12, 2024 advising plaintiff that the Doe Defendants could not "be served with process until they are identified by their real names." (Dkt. 27 at 2.) (quoting Robinett v. Correctional Training Facility, 2010 WL 2867696, at *4 (N.D. Cal. July 20, 2010).)  The Court ordered Plaintiff to file a response providing any identifying information he had for the Doe defendants such as full or partial names, badge numbers or physical descriptions.  (Id.)

Further, the Court noted that it was unclear in the FAC whether Plaintiff sought to bring a claim under Federal Tort Claims Act ("FTCA") against the BOP.  (Id. at 2-3.)  The Court advised that to the extent Plaintiff sought to bring a FTCA claim against the BOP, the FTCA "provides that the United States is the ***sole party*** which may be sued for personal injuries arising out of the negligence of its employees." Allen v. Veterans Admin., 749 F.2d 1386, 1388 (9th Cir. 1984) (affirming dismissal of FTCA claim because United States was not the sole defendant) (emphasis added); Newman v. United States, 2009 WL 1779687, at *3 (E.D. Tex. June 22, 2009) ("[T]o sue successfully under the FTCA, a plaintiff must name the United States as the sole defendant.")  Accordingly, a federal agency implicated in alleged wrongdoing, cannot be named as a defendant in a FTCA claim, only the United States can be named.  See F.D.I.C. v. Meyer, 510 U.S. 471, 476 (1994) ("[I]f a suit is 'cognizable' under § 1346(b) of the FTCA, the FTCA remedy is 'exclusive' and the federal agency cannot be sued 'in its own name.'").  Therefore, the Court directed Plaintiff to clarify in his response whether he intends to sue the United States under the FTCA.  (Dkt. 27 at 3.)

On September 19, 2024, Plaintiff filed a Response to the Court's Order (the "Response") expressing a desire to amend the FAC in the following ways:

1. Plaintiff wishes to add the United States as a defendant;
2. Plaintiff wishes to add Nurses Pena, Johnston, and Fields as defendants;
3. Plaintiff wishes to add Dr. Gulani as a defendant; and
4. Plaintiff wishes to remove the Victorville Warden and the BOP as defendants.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.       2:24-cv-01291-SPG-AJR                    Date:  September 25, 2024
                                                                            Page 3 of 3

Title:          <u>Thomas Edward Clutts Jr. v. Federal Bureau of Prisons</u>

---

(Dkt. 29 at 2-3.)

However, it is unclear from the Response which claims Plaintiff wishes to allege against each of the defendants or if Plaintiff still intends to bring a claim under the FTCA. It also unclear which of the unnamed defendants Plaintiff wishes to dismiss from the action, although it seems Plaintiff intends Nurses Pena, Johnston, and Fields, as well as Dr. Gulani to replace the unnamed Doe Defendants listed in the FAC.  Accordingly, the Court grants Plaintiff leave to file a Second Amended Complaint ("SAC") on or before **October 25, 2024**.  If Plaintiff wants to amend his First Amended Complaint, he must filed a SAC detailing which claims he alleges against the United States, which claims he alleges against Nurses Pena, Johnston, and Fields, and which claims he alleges against Dr. Gulani.  Further, Plaintiff should detail the factual allegations which pertain to each of those claims.  <u>The current FAC will remain the operative complaint until Plaintiff files a SAC.</u>

If Plaintiff chooses to file a SAC, it should bear the docket number assigned to this case (2:24-cv-01291-SPG-AJR), be labeled "Second Amended Complaint," and be complete in and of itself without reference to the prior complaints or any other documents (except any documents that Plaintiff chooses to attach to the SAC as exhibits).  Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. **Plaintiff is encouraged to utilize the form complaint attached to this Order.**

IT IS SO ORDERED.

<u>Attachments:</u>

CV-66, United States District Court, Central District of California Civil Rights Complaint.