UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,
                Plaintiff )
                       )

     v.                ) No. 2:24-cv-1291

UNITED STATES OF AMERICA;
   NURSE PENA;
   NURSE JOHNSTON;
   NURSE FIELDS;
   DOCTOR GULANI,
              Defendant's )

SECOND AMENDED COMPLAINT
WITH JURY DEMAND

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ASH DEPUTY

## INTRODUCTION

This is a civil rights action filed by Thomas Clutts Jr., a federal prisoner, for damages under Bivens, alleging deliberate indifference to his serious medical need in violation of the Eighth Amendment to the United States Constitution. The plaintiff also alleges the tort of medical negligence and medical malpractice.

## JURISDICTION

1) The Court has jurisdiction over the plaintiff's claims of federal constitutional rights under 42 U.S.C. § 1331(1) and 1343.

2) The Court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. § 1367.

## PARTIES

3) The plaintiff, Thomas Clutts Jr., was a convicted and

(1)

sentenced person and was being housed at the same institution that the Defendant's were employed at.

4) Defendant's Pena, Johnston, Fields, and Gulani, were medical professionals working at

and are sued in their personal and professional capacities.

## FACTS

5) Presumably due to a bug bite, Mr. Clutts started suffering from what he considered to be moderate pain in his right arm. Affidavit of Thomas Clutts, at ¶ 2. This pain presented itself along with swelling of the same appendage. id.

## DELIBERATE INDIFFERENCE, MEDICAL NEGLECT, AND MEDICAL MALPRACTICE

6) The symptoms did not subside, and when he woke up the next morning he found himself in severe pain with his arm red and noticably bigger. id. at ¶ 3. This is the first time that he complained to the Nursing staff whom was on duty that day. id. (Mr. Clutts believes that the Nurse was Ms. Pena, one of three Nurses that he had complained to). Mr. Clutts was told by the Nurse that she believed it was Staph, and to fill out a sick-call slip to see the doctor on a Wednesday. id. Considering that it was now on a Thursday or a Friday, Mr. Clutts was told that he had to endure an additional five-to-six days. He complained yet again to another Nurse (Mr. Clutts believes this was Nurse Johnston) that night that his arm needs medical attention. id. Again, he was ignored. id.

(2)

7) A few days go by of pleas for help to more Nurses, and to the medical staff that brought him his medication. id. at 4. Nurses Johnston, Pena, and Fields all told him the same story: that they could do nothing to help with his inflamed arm and agonizing pain, and he could not see a doctor for another few days due to a policy statement in affect for inmates housed in the SHU at the institution Mr. Clutts was housed at. id.

8) The new week began, and with it a problem severe enough that his arm was "burning hot and red" and was causing him near constant agony. id. at 5. His arm was swollen to the point that he describes it as a "football" size, a point that he could not feel his fingers and had troubles moving them. id. Again, he complained to a Nurse that day, and was told that she could not help. id. This time however, it seems that the doctor was finally notified as to the seriousness of his arm, and it was then the doctor whom refused to see him. id.

9) Nearly six days after the incident presumably began, his pleas for helps were finally answered when he was allowed to be seen by the doctor whom initially ignored the issue and allowed the destruction and pain for an additional two days. Ex. B, Clinical Encounter, Generated 02/24/2022. Upon seeing Mr. Clutts, Dr. Gulani immediately recognized the seriousness of Mr. Clutts' illness, diagnosing it as either cellulitis or necrotizing fasciitis. id. He entered a request for an immediate transfer of Mr. Clutts to the hospital. id. In fact, Mr. Clutts' condition was so severe that a Officer had to help Mr. Clutts stand, and Mr. Clutts was so weak and disoriented he could not

do it himself. Affidavit of Thomas Clutts, at ¶ 6. Mr. Clutts had to be placed in a wheelchair.

10) Mr. Clutts' condition was confirmed serious by the hospital that ended up treating Mr. Clutts. Ex. D., Clinical Encounter. Everything that Mr. Clutts complained about was verified by the doctors whom had seen him. See Ex. B - C, Clinical Encounters.

11) The doctor as the prison was correct, and Mr. Clutts was determined to be suffering from "necrotizing fasciitis[,]" that resulted in a destruction of muscle and connective tissue. Ex. J, Clinical Encounter, Generated 2/24/2022.

12) Because of this, Mr. Clutts endured several surgeries. Five days after admission into the hospital, the hospital reported that Mr. Clutts had had a surgery nearly every day thus far. Ex. F, Clinical Encounter. At one point, the surgical team thought the disease serious enough that they considered "right arm and forearm amputation[,]" as well as placing him into a coma, as the only viable means to "salvage [his] life." Ex. D - G., Clinical Encounters. Nearly the entire time he was in the hospital, Mr. Clutts was intubated and sedated. id. For just as long, his prognosis was "guarded." Ex. E, G, I.

13) Instead of amputation, Mr. Clutts was removed from sedation where it was decided that he instead receive "large tissue debridement and skin grafting of about 20% of the arm." Ex.  , Clinical Encounter. But that 20% was major, as Mr. Clutts was left with "permanent neuro/motor deficits due to tissue destruction from the infection." Exs. H - J; Exs. L, pictures taken during surgery. Nearly 8 months later, at the time of

(4)

filing this suit, Mr. Clutts still lacks "strength of finger flexion and making a fist." Ex. K., Clinical Encounter.

14) Mr. Clutts' right arm is the arm primarily used to perform most all of his activities. Aff. of Thomas Clutts, at ¶ 7. He now finds it difficult to execute the most basic of tasks, including bathing, writing, or eating. id.

15) But the damage did not stop at physical limitations or the destruction of his arm. The experience had left Mr. Clutts afraid of close confinement, and afraid that he will get sick again. This is because throughout the whole process he was told by several Officer's that it was his fault for sharing a dirty needle, which Mr. Clutts had not. id. at ¶ 8. Instead of receiving help while he was suffering and in pain, he was treated with a policy that allowed him to languish, adding to a fear that he will get sick in the future and will be allowed to "laungish and die inside of a prison cell as the officers do not want to help if something is wrong with [him]." id. At times, when he looks down at his arm that was cut away and grafted, he has panic attacks when remembering the experience. id.

16) Mr. Clutts had submitted a Tort with the BOP in the region designated to accept the Tort. This was done on August 1, 2022. Tort number TRT-WXR-2022OD6157. The Tort is still active. id. at ¶ 10.

17) Mr. Clutts attempted to pursue his administrative remedies but was told that he "could not receive one and if [he] had a problem then [he] need[ed] to file a tort." id. at ¶ 11.

(5)

CLAIMS FOR RELIEF

18) The actions of defendant's Pena, Johnston, Fields, and Gulani, amounted to deliberate indifference in violation of the Eighth Amendment of the United States Constitution. Further, their inactions amounted to medical negligence and malpractice in the State of California.

RELIEF REQUESTED

WHEREFORE, the plaintiff requests that the court grant the following relief:

A) Issue a declaritory judgement stating that the inactions of defendant's Pena, Johnston, Fields, and Gulani violated the plaintiff's rights under the Eighth Amendment to the United States Constitution and constituted medical negligence and malpractice under state law;

B) Award punitive damages in the following amount:

1. $100,000 each against defendants Pena, Johnston, Fields, and Gulani.

C) Award compensatory damages in the following amounts:

1. $600,000 jointly and severally against defendants Pena, Johnston, Fields, and Gulani for physical and emotional damages sustainted as a result of medical neglect and malpractice;

2. $4,600,000 jointly and severally against defendants Pena, Johnston, Fields, and Gulani for physical and emotional damages sustained as a result of the deliberate indifference to Plaintiff's medical needs.

(6)

D)   Grant such other relief as it may appear that plaintiff

is entitled.

Date: 10/3/2024

Thomas Clutts Jr.
# 66193-112
F.C.I. Butner Medium II
P.O. Box 1500
Butner, NC 27509

(7)

Exhibit B

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: M Race: WHITE | Facility: VIM |
| Encounter Date: | 02/23/2022 11:45 | Provider: Gulani, Saroj (MAT) MD | Unit: Z02 |

Physician - Evaluation encounter performed at Special Housing Unit.

## SUBJECTIVE:

COMPLAINT 1       Provider:  Gulani, Saroj (MAT) MD

Chief Complaint:   Swelling

Subjective:       48 yrs old has Swelling edema of rt elbow and rt fore arm and RT dosal hand , , he and his salley bit by some bug , 5 days ago , arm is swollen erythema , red discoloration whole arm , and rt hand , possible infection cellulitis
X-ray , antibiotics
armsling for rt arm
X-ray report appears --rt forearm--1.       There is subcutaneous and deep fascial plane air densities in the rrid and proximal forearm and also at the level of the elbow and distal upper arm Extensive diffuse soft tissue swelling also present more involving the rrid and proximal forearm and at the level of the elbow and more moderate degree at the distal forearm Necrotizing fasciitis is primary consideration. Surgical consultation recommended along with cross-sectional imaging by CT or MRI to deterrrine extent of involvement of the process.
RT Elbow --1.       Extensive subcutaneous soft tissue air in the rrid and proxirral forearm and surrounding the elbow and in the distal upper arm with prorrinent soft tissue swelling. Necrotizing fasciitis is prirrary consideration. Surgical consultation is recorrmended along with cross-sectional irraging by CT or MRI to deterrrine extent of proximal upper arm involvement.
Pt refer to ER for urgent Surgical Evaluation and surgical procedure .

Pain:       Not Applicable

## OBJECTIVE:

## Exam:

### General

#### Appearance

Yes: Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time, Oriented to person, place and time

No: Appears Well, Jaundiced, Lethargic, Dyspneic, Pale, Pallor, Cyanotic

#### Nutrition

Yes: Appears Obese

### Skin

#### General

Yes: Skin Intact, Tenderness, Erythema, Induration

#### Lesions

Yes: Pressure Sore(s)

No: Ulceration, Drainage

## ASSESSMENT:

Cellulitis, unspecified, L0390 - Current

| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: | M  Race:  WHITE | | Facility: | VIM |
| Encounter Date: | 02/23/2022 11:45 | Provider: | Gulani, Saroj (MAT) MD | | Unit: | Z02 |

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
| --- | --- | --- | --- | --- | --- |
| Emergency Room | 02/23/2022 | 02/23/2022 | Urgent | No | |

    Subtype:

        Emergency Room

    Reason for Request:

        48 yrs old has Swelling edema of rt elbow and rt fore arm and RT dosal hand , arm is swollen erythema , red discoloration whole arm , infection cellulit

        X-ray report appears --rt arm       There is subcutaneous and deep fascial plane air densities in the rrid and proximal forearm and also at the level of the elbow and distal upper arm Extensive diffuse soft tissue swelling also present more involving the rrid and proximal forearm and at the level of the elbow and more moderate degree at the distal forearm Necrotizing fasciitis is , Surgical consultation recommended along with cross-sectional imaging by CT or MRI to deterrrine extent of involvement of the process.
        Necrotizing fasciitis is .

        Pt refer to ER for urgent Surgical Evaluation and surgical procedure in DVH

    Provisional Diagnosis:

        surrounding the elbow and in the distal upper arm with  Necrotizing fasciitis is .

    Additional Records Required for Consultation:

        Complete Record, Consultation Report(s), Laboratory Report(s), X-ray Report(s)

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Gulani, Saroj (MAT) MD on 02/23/2022 12:40

# Exhibit C

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: | M    Race: WHITE | Facility: | VIM |
| Note Date: | 02/24/2022 11:05 | Provider: | Kenney, Amanda RN, | Unit: | Z02 |

Admin Note - Community Hospital Report encounter performed at Other.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1           Provider:   Kenney, Amanda RN,AHSA

Spoke to ICU nurse at Riverside County Hospital for update on inmate.  Inmate transferred from Desert Valley Hospital to Riverside County Hospital yesterday 2/23/22.  Inmate presented to Emergency Department with pain and swelling to right upper extremity x 6 days.  He was diagnosed with necrotizing fasciitis.  He was taken to the OR last night for fasciotomy and incision and drainage of extensive tissue necrosis to right upper extremity. Surgeon has done rounds this morning, and the plan is to return to the OR today for further I&D.
He is currently intubated and sedated with a GCS of 3, Dilaudid 0.5 mg and Propofol 25 mcg.
7.5 mg endotracheal tube.
Vent settings: 14, 550, Peep 6, 50% FiO2
Orogastric tube placed, not currently receiving feedings.
Urine output is very diminished.
Inmate is currently receiving maintenance fluids at 125 ml/hr and IV Zosyn.
Sinus tachycardic from 110-120's, blood pressure is unstable, MAP @65.
Inmate will receive 2 units of fresh frozen plasma prior to returning to OR.
No prognosis give at this time.

**Copay Required:** No          **Cosign Required:**  Yes
**Telephone/Verbal Order:**   No

Completed by Kenney, Amanda RN,AHSA on 02/24/2022 11:19
Requested to be cosigned by  Peikar, Nader MAT MD/CD.
Cosign documentation will be displayed on the following page.

Exhibit D

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: | M | Race: WHITE | Facility: | VIM |
| Note Date: | 02/25/2022 09:11 | Provider: | Peikar, Nader MAT | | Unit: | Z02 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Peikar, Nader MAT MD/CD

Per medical staff and attending physician at Riverside County Hospital, patient Clutts ID number 66193-112 was admitted to high level of care from Desert Valley hospital transferred to Riverside County Medical Center on February 23, 2022  due to severe right forearm infection apparently was diagnosed with necrotizing fasciitis following right hand x-ray revealing subcutaneous and deep fascial plane air densities in inmate proximal forearm also at level of elbow and the distal upper arm with unknown cause at this point, patient underwent two consecutive fasciotomy, speaking with the surgeon on February 24, 2022 and early morning on February 25, 2022, the extent of necrotizing fasciitis with rapid progression of infection the consideration of the right arm and forearm amputation from shoulder non-sustaining function in future considering Glasgow Coma Scale (GCS) 3 with extent of impaired consciousness the only way salvage patient's life. inmate remaining in ICU intubated and sedated currently on IV antibiotic IV solution and pain management Dilaudid, on 50% oxygen supplement and receiving two units of the blood transfusion on February 24, 2022, at this point the plan of care inmate is headed to the OR for the third procedure and likely amputation of the entire right arm, two physician consents was provided for the procedure, the situation will be discussed further with Warden/health services administrator, continue monitoring after surgical procedure today.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Peikar, Nader MAT MD/CD on 02/25/2022 09:59

Exhibit E

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: | M | Race: WHITE | | Facility: | VIM |
| Note Date: | 02/28/2022 08:51 | Provider: | | Kenney, Amanda RN, | | Unit: | Z02 |

Admin Note - Community Hospital Report encounter performed at Other.

**Administrative Notes:**

ADMINISTRATIVE NOTE    1          Provider:   Kenney, Amanda RN,AHSA

Spoke to RN at Riverside Hospital for a clinical update on inmate.  She had limited information at this time.  Inmate had an exploratory laparotomy on February 24, 2022.  On February 25, he underwent an incision and drainage to right upper extremity.  On February 26, he underwent a repeat I&D to right upper extremity.  He was scheduled for amputation of right upper extremity; however, he was febrile until 9:00 pm on February 27.  The plan is to go to the OR today or tomorrow for right upper extremity amputation.  Inmate is currently receiving feedings through orogastric tube.  He remains sedated and intubated.  Ventilator settings:  7.5 cm ET, 12, 550, Peep 6, 60% FiO2.  Inmate is receiving multiple IV antibiotics.  Current vital signs:  123/55, 82, 98%.  No prognosis at this time.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Kenney, Amanda RN,AHSA on 02/28/2022 09:02

Requested to be cosigned by  Peikar, Nader MAT MD/CD.

Cosign documentation will be displayed on the following page.

Exhibit F

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: | M    Race: WHITE | Facility: | VIM |
| Note Date: | 02/28/2022 09:53 | Provider: | Young, Tiffany LCSW | Unit: | Z02 |

Social Work - Medical encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE    1        Provider:    Young, Tiffany LCSW

On 02/28/22 Social Worker contacted Riverside Community Hospital regarding patient Clutts, Reg# 66193-112. Social Worker spoke with case manager, Mr. Ralph.

Mr. Ralph reported that Mr. Clutts has had surgery nearly every day since he's been there on his arm. Mr. Ralph reported that he had surgery and a wound vacuum yesterday 02/27/22 on his arm and that more was likely to occur. Mr. Ralph reported that last night Mr. Clutts became feverish. Mr. Clutts continues to be in ICU and intubated.

Mr. Ralph reported that he will send over the medical reports to the Social Worker. Social Worker will forward these to the Clinical Director when they arrive via email. No additional information reported.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Young, Tiffany LCSW on 02/28/2022 09:59

Exhibit G

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: | M    Race: WHITE | Facility: | VIM |
| Note Date: | 03/01/2022 09:49 | Provider: | Peikar, Nader MAT | Unit: | Z02 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Peikar, Nader MAT MD/CD

Per medical staff and attending physician at Riverside University Hospital, patient Clutts ID number 66193-112 was admitted to high level of care from Desert Valley hospital transferred to Riverside University Medical Center on February 23, 2022 due to severe right forearm & entire arm infection apparently was diagnosed with necrotizing fasciitis unknown cause, he underwent multiple fasciotomies, so far there is no response from multiple fasciotomies  and the plan still remaining to go it forward for amputation of entire right arm from shoulder likely today speaking with the staff that the surgical ICU G-tube feeding was held since late last night, inmate remaining in ICU, intubated and sedated with oxygen supplementation, pain management, IV access fluid/antibiotics. inmate will be followed with general and hand surgeon, prognosis guarded.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Peikar, Nader MAT MD/CD on 03/01/2022 10:34

Exhibit H

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: M   Race: WHITE | | Facility: | VIM |
| Note Date: | 03/02/2022 11:47 | Provider: Kenney, Amanda RN, | | Unit: | Z02 |

Admin Note - Community Hospital Report encounter performed at Other.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1         Provider:   Kenney, Amanda RN,AHSA

Spoke with ICU nurse at Riverside Community Hospital for an update on inmate.  He went to the OR yesterday for another I&D to right upper extremity.  He remains intubated at this time.  Currently, the vent settings are 12, 550, Peep 6, 30% FiO2.  Inmate is sedated, but he does respond to pain.  The plan is to remove the sedation and attempt to extubate today so the doctor can speak to him regarding possible amputation of right upper extremity.  He remains on IV antibiotics and is receiving feedings through OG tube.  Vitals are within normal limits and inmate is stable.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Kenney, Amanda RN,AHSA on 03/02/2022 11:55

Requested to be cosigned by  Peikar, Nader MAT MD/CD.

Cosign documentation will be displayed on the following page.

# Exhibit I

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: M | Race: WHITE | Facility: | VIM |
| Note Date: | 03/04/2022 11:25 | Provider: | Peikar, Nader MAT | Unit: | Z02 |

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Peikar, Nader MAT MD/CD

Per medical staff and attending physician at Riverside University Hospital, patient Clutts ID number 66193-112 was admitted to high level of care from Desert Valley hospital transferred to Riverside University Medical Center on February 23, 2022 due to severe right forearm & entire arm infection apparently was diagnosed with necrotizing fasciitis unknown etiology, he underwent multiple fasciotomies/ debridement remaining in ICU intubated sedated so far there is no response from multiple fasciotomies on wound vacuum and the plan still remaining to go it forward for possible amputation of entire right arm from shoulder still pending, his neurological examination may have improved able to her respond to painful stimuli speaking with the staff surgical ICU team, continues G-tube feeding, intubated and sedated with oxygen supplementation, pain management, IV access fluid/antibiotics. inmate will be followed with general and hand surgeon, prognosis guarded. inmate is followed daily with it the entire surgical ICU team.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Peikar, Nader MAT MD/CD on 03/04/2022 11:43

Exhibit J

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | CLUTTS, THOMAS EDWARD JR | | | Reg #: | 66193-112 |
| Date of Birth: | 11/16/1973 | Sex: M | Race: WHITE | Facility: | VIM |
| Encounter Date: | 06/09/2022 11:01 | Provider: | Gulani, Saroj (MAT) MD | Unit: | Z02 |

Physician - Medical Trip Return encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider:  Gulani, Saroj (MAT) MD

Chief Complaint:   Post-operative Eval

Subjective:     48 yrs old return trip from hospital , was seen in SHU ,
Post-operative Eval
Inmate has returned from hospital and SNF due to right arm infection that resulted in large tissue debridement and skin grafting of about 20% of the arm.
He has permanent neuro/motor deficits due to tissue destruction from the infection.
In the SNF he did not take regular BP meds
His discharge paperwork has multiple pain medications, but he states that he was only taking Buprenorphine 4mg TID for his pain.patient can not approve Buprenorphine for pain , patient has peripheral neuropathy , add gabapentin
pt consult is written for PT evaluation ,
can not approve Buprenorphine for pain , taper the Buprenorphine 4 mg -1mg for BID for 3 days , followed by 4-1 mg  Buprenorphine one time for two day then stop ,

Pain:          Not Applicable

**OBJECTIVE:**

**Exam:**

**Skin**

**General**

Yes: Erythema, Surgical Scars

**Lesions**

Yes: Scars

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**General**

No: Varicosities, Non-Pitting Edema, Pitting Edema

**ASSESSMENT:**

Hyperlipidemia, unspecified, E785 - Current

Major depressive disorder, recurrent, F339 - Current

# Exhibit K

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: CLUTTS, THOMAS EDWARD JR | | | Reg #: 66193-112 |
| Date of Birth: 11/16/1973 | Sex: M Race: WHITE | | Facility: THA |
| Encounter Date: 10/13/2022 14:02 | Provider: Matchett, Ashley P.T. | | Unit: J01 |

Physical Therapy - Follow up Visit encounter performed at Rehabilitation Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Matchett, Ashley P.T.

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:   INMATE DEVELOPED INFECTION R UE APPROX FEB 2022 AND SPENT 4 MONTHS IN HOSPITAL AND HAD MULTIPLE PROCEDURES TO CUT OUT INFECTED TISSUES AND SKIN GRAFT THE ARM.
NOW WITH NEUROLOGICAL AS WELL AS MUSCULOSKELETAL DEFICITS AFFECTING FUNCTIONAL USE R UE

Pt. states that he is using new brace for hand strength about 1x/day. He demonstrated using the brace fairly well today, but still lacks strength of finger flexion and making a fist. R elbow, wrist PROM was performed. The most limited is R elbow extension at this time and following passive stretching his elbow extension measured -25. Still lacking full motion. Encouraged pt. to continue working on PROM of elbow, hand and wrist as well as strengthening with brace. He verbally reviewed SLER for R shoulder. Will follow up in 2 weeks.

Pain:        Not Applicable

---

**OBJECTIVE:**

**ASSESSMENT:**

Impaired Muscle Performance

**PLAN:**

**Disposition:**

Follow-up in 2 Weeks

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/13/2022 | Counseling | Exercise | Matchett, Ashley | Returns Demonstration |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Matchett, Ashley P.T. on 10/13/2022 14:06
Requested to be cosigned by Lukens, David MD.
Cosign documentation will be displayed on the following page.

Exhibit L



























FEDERAL CORRECTIONAL INST. #2
P.O. BOX 1500
BUTNER, NORTH CAROLINA 27509

DATE: 10-11-24 GW

"SPECIAL /LEGAL MAIL"

The enclosed letter was processed through special
procedures for forwarding to you. The letter has be
neither opened or inspected. If the writer raises a q
or problem over which this facil y has jurisdiction, y
may wish to return the material or further informati
or clarification. If the writer enc sed correspondenc
forwarding to another addressee please return the
to the above address.