UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,
                Plaintiff       )
                             )

    v.                       )  No. 2:24-cv-1291
                             )

UNITED STATES OF AMERICA;   )
   NURSE PENA;                )
   NURSE JOHNSTON;          )
   NURSE FIELDS;            )
   DOCTOR GULANI,          )
                Defendant's   )

## SUMMONS

To: Mr. Gulani

A LAWSUIT HAS BEEN FILED AGAINST YOU.

Within 60 days after the service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. An answer or motion must be served on the Plaintiff, Thomas Clutts, whose address is F.C.I. Butner Medium II, P.O. Box 1500, Butner, NC 27509. If you fail to do so, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____

_____
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,         )
                    Plaintiff    )
                                 )
        v.                       )  No. 2:24-cv-1291
                                 )
UNITED STATES OF AMERICA;        )
    NURSE PENA;                  )
    NURSE JOHNSTON;              )
    NURSE FIELDS;                )
    DOCTOR GULANI,               )
                    Defendant's  )

SUMMONS

To: Ms. Fields

A LAWSUIT HAS BEEN FILED AGAINST YOU.

Within 60 days after the service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. An answer or motion must be served on the Plaintiff, Thomas Clutts, whose address is F.C.1. Butner Medium II, P.O. Box 1500, Butner, NC 27509. If you fail to do so, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____          _____

                                Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,
     Plaintiff   )
             )
  v.         ) No. 2:24-cv-1291
             )
UNITED STATES OF AMERICA; )
  NURSE PENA;     )
  NURSE JOHNSTON;   )
  NURSE FIELDS;    )
  DOCTOR GULANI,    )
      Defendant's )

## SUMMONS

To: Ms. Johnston

A LAWSUIT HAS BEEN FILED AGAINST YOU.

Within 60 days after the service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  An answer or motion must be served on the Plaintiff, Thomas Clutts, whose address is F.C.I. Butner Medium II, P.O. Box 1500, Butner, NC 27509.  If you fail to do so, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____      _____

                    Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,
               Plaintiff      )
                         )
     v.                  ) No. 2:24-cv-1291
                         )
UNITED STATES OF AMERICA;    )
   NURSE PENA;             )
   NURSE JOHNSTON;         )
   NURSE FIELDS;           )
   DOCTOR GULANI,          )
               Defendant's   )

## SUMMONS

To: Ms. Pena

A LAWSUIT HAS BEEN FILED AGAINST YOU.

Within 60 days after the service of this summons on you (not counting the day you received it), you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. An answer or motion must be served on the Plaintiff, Thomas Clutts, whose address is F.C.I. Butner Medium II, P.O. Box 1500, Butner, NC 27509. If you fail to do so, judgement by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____

_____
Clerk of Court



FEDERAL CORRECTIONAL INST. #2
P.O. BOX 1500
BUTNER, NORTH CAROLINA 27509

DATE: _____ 10-11-24 ___ GW

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special
procedures for forwarding to you. The letter has be
neither opened or inspected. If the writer raises a q
or problem over which this faci y has jurisdiction, y
may wish to return the material or further informati
or clarification. If the writer enc sed corresponden
forwarding to another addressee please return the e
to the above address.