UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,
         Plaintiff

   v.

UNITED STATES OF AMERICA, et al.,
         Defendants

No. 2:24-cv-1291



FILED
CLERK, U.S. DISTRICT COURT

OCT 2 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY   ASH   DEPUTY

DECLARATION OF INMATE FILING

I am an inmate confined in an institution. Today, 10/8/2024 I am depositing the Complaint, Brief, Affidavits, Motion to Amend, Motion for Marshal's to serve process, and summons in this case in the institution's internal mailing system. First-class postage is being prepaid either by me or by the institution on my behalf.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746).

Date: 10/8/2024

Thomas Clutts Jr.
# 66193-112
F.C.I. Butner Medium II
P.O. Box 1500
Butner, NC 27509





FEDERAL CORRECTIONAL INST. #2
P.O. BOX 1500
BUTNER, NORTH CAROLINA 27509

DATE: _____ 10-11-24 _____ GW

"SPECIAL /LEGAL MAIL"

The enclosed letter was processed through special
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a q
or problem over which this facility has jurisdiction, y
may wish to return the material for further information
or clarification. If the writer enclosed correspondenc
forwarding to another addressee please return the e
to the above address.