**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS EDWARD CLUTTS, JR. | CASE NUMBER |
| | 2:24-cv-01291-SPG-AJR |
| PLAINTIFF(S) | |
| V. | |
| UNITED STATES OF AMERICA, ET AL., | **ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |
| DEFENDANT(S). | |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| | individually | official capacity |
|---|---|---|
| Nurse Pena | ☒ individually | ☒ official capacity |
| Nurse Johnston | ☒ individually | ☒ official capacity |
| Nurse Fields | ☒ individually | ☒ official capacity |
| Doctor Gulani | ☒ individually | ☒ official capacity |
| United States of America | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

November 1, 2024
Date

United States Magistrate Judge

CV-35 (11/96)           ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL