**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:24-cv-01291-SPG-AJR                    Date:  November 1, 2024
                                                                                    Page 1 of 3

Title:        Thomas Edward Clutts Jr. v. United States of America, et al.

DOCKET ENTRY:  **ORDER DIRECTING SERVICE OF PROCESS BY CLERK OF THE COURT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

_Claudia Garcia-Marquez_          _____None_____          __None__
        Deputy Clerk              Court Reporter/Recorder              Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

            None Present                                      None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On October 21, 2024, Plaintiff Thomas Edward Clutts, Jr. ("Plaintiff"), a federal prisoner incarcerated at the Federal Correctional Institution located in Butner, North Carolina ("FCI-Butner"), proceeding *pro se*, filed a Second Amended Complaint (the "SAC").  (Dkt. 31.)  The SAC alleges claims constitutional civil rights claims under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 (1971) and names the following defendants: (1) United States of America; (2) Nurse Pena; (3) Nurse Johnston; (4) Nurse Fields; and (5) Doctor Gulani (collectively "Defendants"). (Dkt. 31.)  Plaintiff alleges his Eighth Amendment rights were violated and also alleges claims for negligence and medical malpractice.  (Id. at 6.)  The Court has reviewed the SAC and deems it appropriate for service.  On November 1, 2024 the Court issued a Summons and Order Directing Service of Plaintiff's SAC by the U.S. Marshals Service.

Under Federal Rule of Civil Procedure 4(i)(3) to "serve a United States officer or employee sued in an individual capacity . . . a party must serve the United States and also

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.        2:24-cv-01291-SPG-AJR                    Date:  November 1, 2024
                                                        Page 2 of 3

Title:        Thomas Edward Clutts Jr. v. United States of America, et al.

serve the officer or employee . . . ." (emphasis added).  And to effectuate service on the United States, Rule 4(i)(1) explains that conformed copies of the summons and complaint must be delivered or sent by certified or registered mail to the Civil Process Clerk for the U.S. Attorney's Office, the Attorney General, and the agency or officer named as defendant.  Thus, service is required on the Civil Process Clerk for the U.S. Attorney's Office and the Attorney General.

Accordingly, the Court HEREBY ORDERS the Clerk of the Court to send a copy of each, by registered or certified mail, the Summons, the SAC, and this Order pursuant with Rule 4(i)(1) to the following addresses:

Civil Process Clerk
United States Attorney's Office
Central District of California
300 North Los Angeles Street
Ste 7516
Los Angeles, CA 90012

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue
NW Washington, DC 20530-0001

Once served, the United States is directed to respond to the SAC in accordance with the Federal Rules of Civil Procedure.

After the United States responds, Plaintiff shall serve upon counsel for Defendants a copy of every future pleading or other document submitted for consideration by the Court.  Plaintiff shall include with the original of any paper to be filed with the Clerk of the Court a certificate of service stating the date that a true and correct copy of the paper was mailed to Defendants' counsel.  Any paper received by a judge which has not been

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:24-cv-01291-SPG-AJR                      Date:  November 1, 2024
                                                         Page 3 of 3

Title:      Thomas Edward Clutts Jr. v. United States of America, et al.

filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

     IT IS SO ORDERED.