UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS EDWARD CLUTTS, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; NURSE PENA; NURSE JOHNSON; NURSE FIELDS; DOCTOR GULANI, <br><br> Defendants. | Case No. 2:24-cv-01291-SPG-AJR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT ASHLEY PENA AND THE UNITED STATES OF AMERICA'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Hon. A. Joel Richlin <br> United States Magistate Judge |

The Court having considered the pleadings, briefing, and evidence presented in connection with Defendants United States of America and Ashley Pena's Motion to Dismiss, IT IS HEREBY ORDERED as follows:

1. The Motion is granted in favor of Defendant Ashley Pena. Defendant Pena is hereby dismissed from the case.

2. The Motion is granted in favor of the United States of America as to Plaintiff's claim for Declaratory Relief. The Declaratory Relief claim is dismissed from the case.

Dated:

_____
Honorable A. Joel Richlin
United States Magistrate Judge

Presented By:

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jill S. Casselman*
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Defendants Ashley Pena
and United States of America