BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-0165
        Facsimile: (213) 894-7819
        Email: Jill.Casselman@usdoj.gov

Attorneys for the United States Attorney's Office

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THOMAS EDWARD CLUTTS, JR., | Case No. 2:24-cv-01291-SPG-AJR |
|---|---|
| Plaintiff, | |
| v. | **UNITED STATES ATTORNEY'S OFFICE'S RESPONSE TO ORDER [ECF 58] REGARDING ACCEPTING OF SERVICE FOR DEFENDANTS** |
| UNITED STATES OF AMERICA; NURSE PENA; NURSE JOHNSON; NURSE FIELDS; DOCTOR GULANI, | |
| Defendants. | Honorable A. Joel Richlin United States Magistrate Judge |

Pursuant to the Court's April 16, 2025, Order Directing Response Regarding the Acceptance of Service of the Second Amended Complaint, ECF 58, counsel for the United States Attorney's Office hereby responds as follows:

**1. The United States Attorney's Office is Not Authorized to Accept Service on Behalf of Any Defendant**

Neither the undersigned counsel, nor the United States Attorney's Office ("USAO"), is authorized to accept service on behalf of any defendant in this or any other action.[1] The only procedure permitted for avoiding the need for personal service is the execution and return of the standard Waiver of Service of Summons form referenced by the Court's Order. As explained below, counsel has made inquiries to determine whether a Waiver of Service of Summons form can be obtained with respect to any of the unserved named defendants in this action.

**2. Status of the Unserved Named Defendants**

In response to the Court's Order, undersigned counsel provides the following information:

Nurse Johnson: Nurse Johnson passed away in August of 2024. *See* Declaration of Oscar Trinidad ("Trinidad Decl.") at ¶ 5.

Doctor Gulani: In the time frame relevant to this case, Doctor Gulani was a BOP independent contractor, not a BOP employee. *See* Trinidad Decl. at ¶ 6. Accordingly, the USAO is not counsel for Doctor Gulani.

Nurse Fields: Nurse Fields retired in December 2023. *See* Trinidad Decl. at ¶ 7. The BOP has taken steps to reach out to Nurse Fields using their last known contact

---

[1] Prior to the USAO representing a federal employee in their individual capacity, representation authority must first be granted by the Constitutional & Specialized Tort Section of the Department of Justice in Washington, D.C. *See* Justice Manual 4-5.412. Until the Constitutional & Specialized Tort Section authorizes representation, the USAO is not permitted to appear on behalf of any defendant other than to avoid default—i.e., by requesting additional time to respond to a complaint. *See id.* To the USAO's knowledge, the only individually named defendant to have obtained representation authority from the Constitutional & Specialized Tort Section in this case is Defendant Ashley Pena.

information. *Id.* However, efforts to contact Nurse Fields have been unsuccessful. *Id.* If contact is established, counsel can provide Nurse Fields with the option to execute the Waiver of Service of Summons or request personal service.

Attached please see the Declaration of Oscar Trinidad, attesting to the accuracy of the information provided in this Response.

Dated: May 16, 2025

Respectfully submitted,
BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jill S. Casselman*
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for the United States Attorney's Office

2