Thomas Clutts Jr.
66193-112
FCI Butner Medium II
PO Box 1500
Butner, NC 27509

**FILED**
**CLERK, U.S. DISTRICT COURT**

**7/09/2025**

**CENTRAL DISTRICT OF CALIFORNIA**
BY:_____CGM_____DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EDWARD CLUTTS, JR.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>et. al<br><br>Defendant(s). | **CASE NUMBER**<br>2:24-CV-01291-SPG-AJR<br><br>**NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Nurse Johnson; Dr. Gulani _____

is/are dismissed from (*check one*) ☑Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by Thomas Clutts Jr. _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

7/1/25
_____
Date

T.
_____
Signature of Attorney/Party

**NOTE:** **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

I, _Thomas Clutts Jr._ , hereby certify that I have served a true and correct copy of the following:

_Notice of Motion to Dismiss_

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [See _Houston v. Lack_, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage prepaid envelope addressed to:

Jill Casselman
Federal Building, Suite 7516
300 North Los Angeles St.
Los Angeles, Ca 90012

This LEGAL ACTION was deposited in the United States Mail at the Federal Correctional Complex- _Butner_ which is located at _____
_PO Box 1500 Butner NC 27509_ .

I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

EXECUTED and SIGNED on this _1st_ day of _July_ , 2025

Petitioner/Propria Persona
Reg. No.
_66193-112_
_PO Box 1500_
_Butner NC 27509_

Thomas E. Clutts JR #66193-112

Name:                    Number:

Federal Correctional Institution 2

P.O. Box 1500

Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
2 JUL 2025   PM 2  L

AJR

Legal Mail

CLERK U.S. DISTRICT COURT
RECEIVED
BY
CENTRAL DISTRICT OF CALIF.

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, room 180
Los Angeles, Ca
90012

90012-333432

