**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS EDWARD CLUTTS, JR.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 2:24-cv-01291-SPG (AJR)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge (ECF No. 64 ("Report")).  Further, the Court has engaged in a *de novo* review of those portions of the Report to which objections have been made.

The Report recommends granting Defendants' motion to dismiss but with leave to amend an Eighth Amendment claim against Defendant Pena.  (Report).  Plaintiff's opposition, which is construed as objections to the Report (ECF No. 66 ("Opp.")), does not merit any change to the Report's findings or recommendations.

Plaintiff objects that Defendant Fields should not be dismissed from this case.  (Opp. at 1-2.)  Defendant Fields, who is no longer employed at the Federal Bureau of Prisons, has not been served.  (Report at 15).  The Court directed Plaintiff to obtain

Defendant Fields's last known address through a subpoena duces tecum directed at the Federal Bureau of Prisons at Oscar Trinidad, Attorney Advisor, FDC SeaTac. (ECF No. 61 at 2). Plaintiff does not allege he complied with the Court's instructions. *See* (Opp. at 1-2). Instead, he alleges "that he had submitted the subpoena with this Court to be served on the BOP shortly after he had alerted the BOP that he had planned on doing so." (*Id*. at 2). This fails to show that Plaintiff complied with the Court's instructions to serve the Attorney Advisor for the Federal Bureau of Prisons. "Nor does the docket reflect that Plaintiff has undertaken any steps to effectuate discovery to obtain this information." (Report at 15). Thus, Defendant Fields is dismissed from this case without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Plaintiff objects that his Eighth Amendment claim should not be dismissed. (Opp. at 3). The Court agrees with the Report that Plaintiff failed to state an Eighth Amendment deliberate indifference claim against Defendant Pena because "there is no allegation in the [Second Amended Complaint] that Defendant Pena ever saw Plaintiff again [after the first encounter] or had any awareness that the condition of Plaintiff's arm grew worse over the next few days." (Report at 11; *see also* ECF No. 31 at 2-3). Because Plaintiff suggests in a Reply that Defendant Pena might have failed to help Plaintiff after the first encounter (ECF No. 60 at 6), Plaintiff is granted leave to amend his Eighth Amendment deliberate indifference claim.

//
//
//
//
//
//
//
//

## ORDER

It is ordered that: (1) the Report and Recommendation is accepted and adopted; (2) Defendant's Motion to Dismiss is granted; (3) Plaintiff's claims for declaratory relief are dismissed without leave to amend; (4) Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Pena is dismissed with leave to amend; (5) judgment will be entered dismissing Defendant Fields from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m); and (6) final judgment will entered as to Defendant Fields pursuant to Federal Rule of Civil Procedure 54(b).

DATED: November 12, 2025

_____
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

3