UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.    2:24-cv-01291-SPG-AJR | Date:  February 5, 2026 |
| | Page 1 of 3 |

Title:   Thomas Edward Clutts Jr. v. United States of America, et al.

---

DOCKET ENTRY:    **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BECAUSE PLAINTIFF HAS NOT FILED A THIRD AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| Claudia Garcia-Marquez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

On October 21, 2024, Plaintiff Thomas Edward Clutts, Jr. ("Plaintiff"), a *pro se* federal prisoner now confined at the Federal Correctional Institution in Butner, North Carolina, filed the operative Second Amended Complaint ("SAC") against the United States and four individuals who worked at the Federal Correctional Institution in Victorville, CA ("FCI Victorville") while Plaintiff was incarcerated there:  Dr. Gulani, Nurse Fields, Nurse Johnston, and Nurse Pena.  (Dkt. 31 at 1.)  Plaintiff asserts claims pursuant to Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act ("FTCA").  (Id.)  Plaintiff seeks declaratory and monetary relief.  (Dkt. 31 at 6-7.)

The Court reviewed the SAC and deemed it appropriate for service.  On November 1, 2024, the Court issued a Summons and Order Directing Service of Plaintiff's SAC by the U.S. Marshals Service.  (Dkts. 39-40.)  On January 10, 2025, the U.S. Marshals Service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.      2:24-cv-01291-SPG-AJR                                Date:  February 5, 2026
                                                                    Page 2 of 3

Title:        Thomas Edward Clutts Jr. v. United States of America, et al.

filed a process receipt and return showing completed service of the SAC on Nurse Ashley Pena. (See Dkt. 43.) On January 28, 2025, the U.S. Marshals Service filed a process receipt and return showing completed service of the SAC on the United States of America. (Dkt. 51.) However, the U.S. Marshal's Service has not been able to complete service of the SAC on Nurse Johnston, Nurse Fields, or Doctor Gulani (the "Unserved Defendants") because they no longer work for the Federal Bureau of Prisons (the "BOP"). (Dkts. 48-50.) Accordingly, on May 19, 2025, the Court authorized limited discovery so that Plaintiff could obtain the Unserved Defendants' last known addresses or the identity of their personal representatives. (Dkt. 61.)

On April 9, 2025, Defendants Pena and the United States ("Defendants") filed a Motion to Dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"). (Dkt. 56.) On July 29, 2025, the Court granted Defendants' Motion with leave to amend as to Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Pena. (Dkt. 64.) On November 12, 2025, the District Court accepted the Court's Report and Recommendation. (Dkt. 68.) On November 13, 2025, the Court ordered Plaintiff to file a Third Amended Complaint on or before December 13, 2025. (Dkt. 68.) The Court warned that failure to file a Third Amended Complaint would result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders. (Id.)

As of today, Plaintiff has neither filed an amended complaint nor requested a further extension of time in which to do so. This action cannot move forward unless and until Plaintiff files an amended complaint. **As the Court previously advised Plaintiff, failure to file a Third Amended Complaint will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Plaintiff is ordered to file a Third Amended Complaint, if any, by **February 19, 2026** or show cause why the action should not be dismissed with prejudice for failure to prosecute. If Plaintiff chooses to file a Third Amended Complaint, it should bear the docket number assigned to this case (2:24-cv-01291-SPG-AJR), be labeled "Third Amended Complaint," and be complete and of itself without reference in any manner to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-01291-SPG-AJR                    Date: February 5, 2026
                                                    Page 3 of 3

Title:   Thomas Edward Clutts Jr. v. United States of America, et al.

the Complaint, any amended complaint, or any other document (except any document that Plaintiff chooses to attach to the Third Amended Complaint as an exhibit). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. Should Plaintiff decide to file a Third Amended Complaint, he is encouraged to utilize the CV-66 form complaint attached to this Order.

If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.