_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF, | CASE NUMBER |
|  | _____ |
|  | *To be supplied by the Clerk* |
| v. | |
|  | **CIVIL RIGHTS COMPLAINT** |
|  | **PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☐ 42 U.S.C. § 1983 |
|  | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a.  Parties to this previous lawsuit:
    Plaintiff _____

    _____

    Defendants _____

    _____

b.  Court _____

    _____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it
    appealed?  Is it still pending?) _____

f.  Issues raised: _____

    _____

    _____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____


**B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES**

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint
    occurred?  ☐ Yes    ☐ No

2.  Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

    If your answer is no, explain why not _____

    _____

    _____

3.  Is the grievance procedure completed?  ☐ Yes    ☐ No

    If your answer is no, explain why not _____

    _____

4.  Please attach copies of papers related to the grievance procedure.

**C.  JURISDICTION**

This complaint alleges that the civil rights of plaintiff _____
                                                        (print plaintiff's name)

who presently resides at _____,
                                        (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
                              (institution/city where violation occurred)

on (date or dates) _____, _____, _____.
　　　　　　　　　　　　(Claim I)　　　　　　(Claim II)　　　　　　(Claim III)

**NOTE**:　　You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.　Defendant _____ resides or works at
　　　　　　(full name of first defendant)

　　　_____
　　　(full address of first defendant)

　　　_____
　　　(defendant's position and title, if any)

　　The defendant is sued in his/her (Check one or both): ☐ individual　☐ official capacity.

　　Explain how this defendant was acting under color of law:

　　_____

　　_____

2.　Defendant _____ resides or works at
　　　　　　(full name of first defendant)

　　　_____
　　　(full address of first defendant)

　　　_____
　　　(defendant's position and title, if any)

　　The defendant is sued in his/her (Check one or both): ☐ individual　☐ official capacity.

　　Explain how this defendant was acting under color of law:

　　_____

　　_____

3.　Defendant _____ resides or works at
　　　　　　(full name of first defendant)

　　　_____
　　　(full address of first defendant)

　　　_____
　　　(defendant's position and title, if any)

　　The defendant is sued in his/her (Check one or both): ☐ individual　☐ official capacity.

　　Explain how this defendant was acting under color of law:

　　_____

　　_____

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**CIVIL RIGHTS COMPLAINT**

**D.  CLAIMS\***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without

citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each

DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same
outline.*

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____        _____
          *(Date)*                               *(Signature of Plaintiff)*