FILED
CLERK, U.S. DISTRICT COURT

3/13/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ asi _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Thomos Edward Clutts Jr.

Plaintiff(s),

v.

Federal Bureau of Prisons

Defendant(s).

CASE NUMBER

2:24-cv-01291-SPG-AJR

NOTICE OF DISMISSAL PURSUANT
TO FEDERAL RULES OF CIVIL
PROCEDURE 41(a) or (c)

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) __Pena_____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by __Thomas Clutts Jr_____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

3|5|26
*Date*

*Signature of Attorney/Party*

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*



**U.S. Department of Justice**

Federal Bureau of Prisons
*Federal Correctional Complex*
Butner, North Carolina 27509

☐ Federal Medical Center
  P.O. Box 1600
☐ FCI Butner Medium I
  P.O. Box 1000
☐ FCI Butner Medium II
  P.O. Box 1500
☐ FCI Butner Low
  P.O. Box 999

Inmate Correspondence

AJR

Thomas Curts Jr
66193-112

Legal Mail

RALEIGH NC 275
Research Triangle Region
10 MAR 2026

MAR 13 2026

Clerk of Court
US DC Central District of California
255 East Temple Street, Room 180
Los Angeles, CA 90012

90012-333448