UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**F I L E D**
CLERK, U.S. DISTRICT COURT

3/13/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____asi_____ DEPUTY

THOMAS EDWARD CLUTTS JR.,          )
             Plaintiff          )
                        )
    v.                             )   No. 2:24-cv-01291-SPG-AJR
                        )
FEDERAL BUREAU OF PRISONS,          )
            Defendant          )

## PLAINTIFF'S RESPONSE TO SHOW CAUSE FOR FAILURE TO PROSECUTE

PLAINTIFF, Thomas Clutts Jr., respectfully submits this response to the Court's order to Show Cause why this matter should not be dismissed for failure to prosecute.  Doc. 72.

As per the civil minutes, the District Court adopted the Report and Recommendation, on November 12, 2025. Doc. 68.  In it, the Court had given Plaintiff until the 13th of December to file an amended complaint. Doc. 68.  Now, Plaintiff is responding to the Show Cause why he has not done so - and was given until February 19 to do do.  Doc. 72.

First addressing the dismissal with leave: Plaintiff never received any judgement, mail, or other correspondance from the Court regarding the matter as it relates to the judgement adopting the  Report and Recommendation.  In this, Plaintiff was still waiting for the judgement to be entered and had not realized that one had been entered.  Still, Plaintiff has yet to receive such judgement (Doc. 68) and is relying on the facts as presented in the Show Cause order (Doc. 72).  As a result, Plaintiff was unaware of this Court's directive to file an amended complaint and was therefore unable to comply.

(1)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

THOMAS EDWARD CLUTTS JR.,          )
                    Plaintiff      )
                                   )
                                   )
    v.                             )   No.  2:24-cv-01291-SPG-AJR
                                   )
FEDERAL BUREAU OF PRISONS,         )
                    Defendant      )

DECLARATION OF THOMAS CLUTTS JR. IN SUPPORT OF
SHOW CAUSE ORDER

1)   I, Thomas Clutts Jr. am the Plaintiff in the above titled action, and am competant to make this declaration.

2)   Several months ago I had received the Report and Recommendation as issued by the Magistrate Judge.  Doc. 64.

3)   I had never received the Order adopting the Report and Recommendation, filed as Doc. 68.

4)   I still have not received a copy, did not know it was ever filed, have no way to check PACER, thought the judgement was still pending, and was still waiting for it to be entered until the Show Cause was mailed to me.

5)   On February 29, 2026, I received the Show Cause through the prison's legal mailing system.  This was 10 days after the deadline to file a response to the Show Cause was due.

6)   I am committed to prosecuting this case, am not delaying prosecution due to neglect or of any disregard to any court order, and am filing this reponse as soon as possible.  To notarize this document would cost an additional week, and out of the spirit of a timely response, I am declaring this under the penalty of perjury without a witness.

(1)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date 3/5/26

Thomas Edward Clutts Jr.
P.O. Box 1500
Butner, N.C. 27509

(2)

# Certificate of Service

I, Thomas Clutts Jr, hereby certify that I have served a true and correct copy of the Motion in Reply to the Show Cause, and Affidavit, by placing these documents in a sealed, postage prepaid envelope addressed to:

Jill S. Casselman
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012

This legal action was deposited in the United States Mail at the Federal Correctional Complex Butner II, which is located at PO Box 1500, Butner, NC 27509.

I declare under penalty of perjury, that the foregoing is true and correct, pursuant to 28 USC § 1746.

Executed and signed on this 5th day of March, 2026.

Thomas Clutts Jr
06193-112
PO Box 1500
Butner, NC 27509