**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No.      2:24-cv-01291-SPG-AJR                    Date:  March 27, 2026
                                                       Page 1 of 3

Title:        Thomas Edward Clutts Jr. v. United States of America, et al.

---

DOCKET ENTRY:      **ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT**

---

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

_Ashley Silva-Elder_          _____None_____          __None__
    Deputy Clerk          Court Reporter/Recorder          Tape No.

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                          None Present

**PROCEEDINGS:  (IN CHAMBERS)**

On October 21, 2024, Plaintiff Thomas Edward Clutts, Jr. ("Plaintiff"), a *pro se* federal prisoner now confined at the Federal Correctional Institution in Butner, North Carolina, filed the Second Amended Complaint ("SAC") against the United States and four individuals who worked at the Federal Correctional Institution in Victorville, CA ("FCI Victorville") while Plaintiff was incarcerated there:  Dr. Gulani, Nurse Fields, Nurse Johnston, and Nurse Pena. (Dkt. 31 at 1.)  Plaintiff asserts claims pursuant to Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act ("FTCA").  (Id.)  Plaintiff seeks declaratory and monetary relief. (Dkt. 31 at 6-7.)

The Court reviewed the SAC and deemed it appropriate for service.  On November 1, 2024, the Court issued a Summons and Order Directing Service of Plaintiff's SAC by the U.S. Marshals Service.  (Dkts. 39-40.)  On January 10, 2025, the U.S. Marshals Service filed a process receipt and return showing completed service of the SAC on Nurse Ashley Pena.  (See Dkt. 43.)  On January 28, 2025, the U.S. Marshals Service filed a process receipt

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No.      2:24-cv-01291-SPG-AJR                    Date:  March 27, 2026
                                                        Page 2 of 3

Title:          <u>Thomas Edward Clutts Jr. v. United States of America, et al.</u>

and return showing completed service of the SAC on the United States of America.  (Dkt.
51.)  However, the U.S. Marshal's Service has not been able to complete service of the SAC
on Nurse Johnston, Nurse Fields, or Doctor Gulani (the "Unserved Defendants") because
they no longer work for the Federal Bureau of Prisons (the "BOP").  (Dkts. 48-50.)
Accordingly, on May 19, 2025, the Court authorized limited discovery so that Plaintiff could
obtain the Unserved Defendants' last known addresses or the identity of their personal
representatives.  (Dkt. 61.)

On April 9, 2025, Defendants Pena and the United States ("Defendants") filed a
Motion to Dismiss the SAC pursuant to Federal Rule of Civil Procedure 12(b)(6) (the
"Motion").  (Dkt. 56.)  On July 29, 2025, the Court granted Defendants' Motion with
leave to amend as to Plaintiff's Eighth Amendment deliberate indifference claim against
Defendant Pena.  (Dkt. 64.)  On November 12, 2025, the District Court accepted the
Court's Report and Recommendation.  (Dkt. 68.)  On November 13, 2025, the Court
ordered Plaintiff to file a Third Amended Complaint on or before December 13, 2025.
(Dkt. 68.)  The Court warned that failure to file a Third Amended Complaint would result
in a recommendation that this action be dismissed with prejudice for failure to prosecute
and obey Court orders.  (<u>Id.</u>)

Plaintiff did not file an amended complaint as directed, and still has not done so.
Therefore, On February 2, 2026, the Court issued an Order to Show Cause why this action
should not be dismissed for failure to prosecute and obey Court orders.  (Dkt. 72.)
Plaintiff did not timely respond to the Order to Show Cause and therefore, on March 2,
2026, the Court issued a Report and Recommendation recommending that this action be
dismissed with prejudice based on Plaintiff's failure to prosecute and obey Court orders.
(Dkt. 73.)

On March 13, 2026, Plaintiff filed a Notice of Dismissal stating that Plaintiff
dismissed Defendant Pena from the action.  (Dkt. 75.)  Also on March 13, 2026, Plaintiff
filed a Response to Show Cause for Failure to Prosecute (the "Response").  (Dkt. 76.)  In
the Response, Plaintiff states that he was unaware of the directive to file an amended
complaint and was therefore unable to comply.  (<u>Id.</u> at 1.)  Plaintiff further states that he

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No.     2:24-cv-01291-SPG-AJR          Date:  March 27, 2026

Page 3 of 3

Title:       <u>Thomas Edward Clutts Jr. v. United States of America, et al.</u>

had not received the Order Adopting the Report and Recommendation filed at Docket 68. (<u>Id.</u> at 2.)

Based on Plaintiff's Response, it appears that he has now received the Order Adopting the Report and Recommendation filed at Docket 68.  However, the Court will also attach Docket 68 to this Order in an abundance of caution.  Plaintiff is advised that pursuant to the Order Adopting Report and Recommendation, his claims for declaratory relief have been dismissed without leave to amend.  (Dkt. 68 at 3.)  Plaintiff was granted leave to amend only his Eighth Amendment deliberate indifference claim against Defendant Pena.  (<u>Id.</u>)  The Court will grant Plaintiff an additional 30 days from today, until **April 26, 2026**, to file an amended complaint that complies with the Order Adopting Report and Recommendation.  Plaintiff is advised that if he no longer wants to pursue his claim against Defendant Pena, then there would be no claims left in this case and the case would be closed.

If Plaintiff no longer wants to pursue this action, he may voluntarily dismiss the action by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1).  <u>A form Notice of Dismissal is attached for Plaintiff's convenience</u>.

Plaintiff is warned that if he wants to pursue his Eighth Amendment deliberate indifference claim against Defendant Pena, he must file an amended complaint by April 26, 2026. **As the Court previously advised Plaintiff, failure to file a Third Amended Complaint will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

<u>Attachment</u>:
Dkt. 68, Order Adopting Report and Recommendation.
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
CV-66, United States District Court, Central District of California Civil Rights Complaint.